IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL SEIB,

    Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

    Respondent.

ORDER

Case No. 25-cv-196-wmc

Petitioner Paul Seib seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than April 10, 2025. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately September 13, 2024 through the date of the petition, March 13, 2025.

ORDER

IT IS ORDERED that:

1. Petitioner Paul Seib may have until April 10, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before April 10, 2025, I will assume that petitioner wishes to withdraw this petition.

Entered this 13th day of March, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge